# UNITED STATES DISTRICT COURT

for the

For the District of Oregon

9th Division

| | | |
|---|---|---|
| William Harry Minnix, ~~in his official capacity of Chief Petitioner, Governor Kotek Recall, The Electorates of the State of Oregon~~ </br></br>*Plaintiff(s)*</br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)</br></br>-v-</br></br>Tobias Read, Oregon Secretary of State, Michael Kaplan, Deputy Oregon Secretary of State, Laura Krotzter, Elections Division Director, Oregon Secretary of State</br></br>*Defendant(s)*</br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. **3:25-CV-1962-AB**</br>*(to be filled in by the Clerk's Office)* |

FILED 22 OCT '25 15:19 USDC-ORP

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | William Harry Minnix |
| Street Address | 15848 Bushberry Court |
| City and County | La Pine |
| State and Zip Code | Oregon, 97739 |
| Telephone Number | 541-233-3267 |
| E-mail Address | oregonforthepeople@pm.me |

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Tobias Read |
| Job or Title *(if known)* | Secretary of State, Oregon |
| Street Address | 875 Union Street NE |
| City and County | Salem, Marion County |
| State and Zip Code | Oregon, 97311 |
| Telephone Number | 503-986-1523- |
| E-mail Address *(if known)* | oregon.sos@sos.oregon.gov |

Defendant No. 2

| | |
|---|---|
| Name | Michael Kaplan |
| Job or Title *(if known)* | Deputy Secretary of State, Oregon |
| Street Address | 875 Union Street NE |
| City and County | Salem, Marion County |
| State and Zip Code | Oregon, 97311 |
| Telephone Number | 503-986-1523 |
| E-mail Address *(if known)* | oregon.sos@sos.oregon.gov |

Defendant No. 3

| | |
|---|---|
| Name | Laura Krotzer |
| Job or Title *(if known)* | Elections Director, Oregon Secretary of State |
| Street Address | 875 Union Street NE |
| City and County | Salem, Marion County |
| State and Zip Code | Oregon, 97322 |
| Telephone Number | 503-986-1523 |
| E-mail Address *(if known)* | oregon.sos@sos.oregon.gov |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

E-mail Address *(if known)* _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

First and Fourteenth Amendments

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* William Harry Minnix , is a citizen of the State of *(name)* Oregon .

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* Tobias Read, Michael Kaplan, Krotzer , is a citizen of

        the State of *(name)*   Oregon  . Or is a citizen of
*(foreign nation)* _____

    b.    If the defendant is a corporation

        The defendant, *(name)* _____ , is incorporated under
the laws of the State of *(name)* _____ , and has its
principal place of business in the State of *(name)* _____ .
Or is incorporated under the laws of *(foreign nation)* _____ ,
and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

    Salem, Oregon

B.    What date and approximate time did the events giving rise to your claim(s) occur?

July 28, 2025 and ongoing to today's date October 21, 2025

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Oregon Secretary of State issued a defective recall petition template to the plaintiff in connection to the ongoing recall of Oregon Governor Tina Kotek. By issuing a county level recall cover sheet rather than a state level recall cover sheet and instructions, the Secretary of State imposed a confusing, misleading, and constitutionally defective framework upon Plaintiff's attempt to exercise their rightsto petition and exercise their political rights under the First and Fourteenth aAmendments. Plaintiff has been denied the ability to collect signatures on a valid, statutorily compliant Petition form, chilled voter participation, and denied the electorate a fair opportunity to engage in Oregon's constitutionally protected recall process.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Without emergency judicial intervention, the Plaintiffs will lose their one opportunity within the 90 day timeframe, which ends at 5:00 pm, October 27, 2025 to complete the gubernatorial recall due to confusion and official error - harm that monetary damages cannot redress.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Declare that the Oregon Secretary of State's issuance of a county-level recall petition form for a gubernatorial recall violated Plaintiff's First and Fourteenth Amendment rights. Enjoin Defendants to extend the signature sumission deadline by no fewer than 30 days and up to 60 days. Order the Secretary of State to immediately issue the correct state-level recall cover sheet while allowing signatures obtained on the errored cover sheet to remain as part of the recall.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/22/2025

Signature of Plaintiff:
Printed Name of Plaintiff: William Harry Minnix

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:

E-mail Address